# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>PROWN,<br><br>        Defendant. | Case No. 1:14-cv-00910-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION OF FULL COMPLIANCE**<br><br>**(Doc. 12)**<br><br>**30-DAY DEADLINE FOR PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT** |

      Plaintiff, Archie Cranford, is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 13, 2014.  (Doc. 1.)  The Court screened the Complaint pursuant to 28 U.S.C. § 1915A and ordered it served for Plaintiff to proceed on his claim against Defendant Brown (erroneously sued herein as Jessica Prown) for excessive force and deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.  (Doc. 8.)  Defendant filed a motion for more definite statement which was granted and Plaintiff was provided with the applicable legal standards and directed to file a first amended complaint.  (Docs. 10, 11.)  Subsequently, on October 20, 2014, Plaintiff filed a document entitled "Notice of Motion of full Compliance to order of October 7, 2014."[1]  (Doc. 12.)

      It is extremely difficult to decipher Plaintiff's motion and it nears impossible to ascertain what relief he seeks.  The motion is thirty-one, single spaced, typed lines sans punctuation and

---

[1] While the time for filing an opposition has not yet lapsed, Defendant will not be prejudiced by ruling on this motion at this time and may in fact appreciate not having to attempt to form an opposition thereto.

1

capitalization. Further, there is no order that issued on October 7, 2014 in this case such to extrapolate Plaintiff's intent.

It is possible, though not definite, that Plaintiff intended this motion to satisfy the order that dismissed the Complaint and directed him to file a first amended complaint. If this is Plaintiff's intent, he is incorrect. His mere statement that he has complied is not the same thing as actual compliance. F he wishes to proceed in this matter, Plaintiff must file a first amended complaint. To this end, he is provided another copy of the screening order to assist in his efforts and thirty days for actual compliance.

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff's "Notice of Motion of Full Compliance to Order of October 7, 2014," filed on October 20, 2014 (Doc. 12), is DENIED;

(2) The Clerk's Office shall send Plaintiff a copy of the Order Granting Defendant's Motion for More Definite Statement and Dismissing the Complaint with Leave to File a First Amended Complaint, which issued on October 15, 2014 (Doc. 11);

(3) Plaintiff is ordered to file his first amended complaint within **30 days** of the date of this order; and

(4) **if Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **October 30, 2014**             /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

2